UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SCOTT A. LEPPER,**

    **Plaintiffs,**

**v.**                         Case No: 5:18-cv-Oc-CEM-PRL

**THOMAS CLAYTON FRANKS,
RESCUETOUCH, LLC, KATHLEEN
GAIL HOLOHAN, and
SAFEGUARDIAN, LLC,**

    **Defendants.**

## ORDER

This case is before the Court for consideration of Defendants' unopposed motion to stay these proceedings until February 14, 2019. (Doc. 42). Defendants recite that the parties jointly request a stay of all deadlines, including the time period by which Defendants must answer the Complaint.

Accordingly, upon due consideration, Defendants' motion (Doc. 42) is **GRANTED**, and Defendants shall have until February 15, 2019 within which to respond to the Complaint.

**DONE** and **ORDERED** in Ocala, Florida on February 8, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties